# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1257**

**CA 13-01002**

PRESENT: SMITH, J.P., FAHEY, CARNI, VALENTINO, AND WHALEN, JJ.

---

BEIT SHALOM, INC. AND STEPHEN GALILEY,
PLAINTIFFS-RESPONDENTS,

V                                                      ORDER

VERIZON NEW YORK, INC., NEW YORK TELEPHONE CO.,
INC., VERIZON COMMUNICATION, INC.,
DEFENDANTS-APPELLANTS,
ET AL., DEFENDANTS.

---

SMITH, SOVIK, KENDRICK & SUGNET, P.C., SYRACUSE (BRADY J. O'MALLEY OF COUNSEL), FOR DEFENDANTS-APPELLANTS.

DAVID G. GOLDBAS, UTICA, FOR PLAINTIFFS-RESPONDENTS.

-------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Oneida County (Bernadette T. Clark, J.), entered February 6, 2013. The order granted the motion of plaintiffs for leave to reargue their opposition to that part of the cross motion of defendants Verizon New York, Inc., New York Telephone Co., Inc. and Verizon Communication, Inc. to dismiss the first cause of action and, upon reargument, denied the cross motion with respect to that cause of action.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: December 27, 2013                     Frances E. Cafarell
                                               Clerk of the Court